**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

---

Courtroom Deputy: Kathy Preuitt-Parks          Date: June 17, 2013
Court Reporter: Janet Coppock                  Time: 57 minutes
Probation Officer: Gary Kruck                  Interpreter: Cathy Bahr

---

**CASE NO.  12-CR-00243-PAB-01**

Parties                                        Counsel

**UNITED STATES OF AMERICA,**                  Zachary Phillips
                                               Kasandra Carleton
                                               Special Agent Dennis Follett

        Plaintiff,

vs.

**1.  ARMANDO MENDOZA-HARO,**                  Mitchell Baker

        Defendant.

---

**SENTENCING**

---

**11:03 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Interpreter is sworn with no challenges to her qualifications.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
12-CR-00243-PAB-1
June 17, 2013

Court addresses defendant's objections to the presentence investigation report.

**11:08 a.m.**    Bench conference.

**ORDERED:** Transcript of discussion regarding the Government's 5K1.1 motion is **SEALED.**

Argument by Mr. Phillips is support of the Government's Motion for Downward Departure Pursuant to 5K1.1 [Docket No. 499].

Comments by Mr. Baker.

Court states its findings.

**ORDERED:** Government's Motion for Downward Departure Pursuant to 5K1.1 [Docket No. 499] is **GRANTED.**

Argument by Mr. Baker in support of the defendant's Motion for Non-Guideline Sentence [Docket No. 489] and comments addressing sentencing.

Argument by Mr. Phillips and comments addressing sentencing.

Further argument by Mr. Baker.

Defendant addresses the Court.

Court states its findings.

**ORDERED:** Defendant's Motion for Non-Guideline Sentence [Docket No. 489] is **DENIED.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **March 7, 2013** to counts **One and Twenty-Three of the Indictment.**

**ORDERED:** Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **156** months as to counts One and Twenty-Three, to be served concurrently.

Page Three
12-CR-00243-PAB-1
June 17, 2013

Court RECOMMENDS that the Bureau of Prisons place the defendant at **a facility in Colorado**.

**ORDERED:**  Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years as to count One and **3** years as to Count Twenty-Three, to be served concurrently.

**ORDERED:**  **Conditions** of Supervised Release that:
   (**X**)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
   (**X**)   While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
   (**X**)   Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
   (**X**)   Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
   ()   Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:**  **Special Condition** of Supervised Release that:
   (**X**)   Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer.  Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.
   (**X**)   Any employment for the defendant shall be approved in advance by the supervising probation officer. The defendant shall permit contact between the probation officer and his employer(s), including, but not limited to, full-time, part-time, temporary, and contract employment.

**ORDERED:**  Defendant shall pay **$200.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**  **No fine** is imposed because defendant has no ability to pay a fine.

Page Four
12-CR-00243-PAB-1
June 17, 2013

**ORDERED:**  Government's Motion for Decrease for Acceptance of Responsibility [Docket No. 486] is **GRANTED.**

**ORDERED:**  Government's Motion to Dismiss Remaining Counts [Docket No. 487] is **GRANTED.**

**ORDERED:**  Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days.

**ORDERED:**  A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**12:00 p.m.   COURT IN RECESS**

**Total in court time:    57 minutes**

**Hearing concluded**