IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 12-cr-00243-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   ARMANDO MENDOZA-HARO,

    Defendant.

---

## ORDER

---

This matter is before the Court on the Government's Motion to Dismiss Remaining Counts of the Indictment [Docket No. 487]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Government's Motion to Dismiss Remaining Counts of the Indictment [Docket No. 487] is granted. Counts 2-14, 17, 19-22, 24-42, 51-78, 80-101, 109-116, 121-126, 129-132, 134, and 135 of the Indictment are dismissed as to defendant Armando Mendoza-Haro.

    DATED June 17, 2013.

                              BY THE COURT:

                              _____
                              PHILIP A. BRIMMER
                              United States District Judge